| | |
|---|---|
| 1 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| 2 | AMBER L. ROLLER, CA Bar No. 273354 |
| | amber.roller@ogletree.com |
| 3 | J. NICHOLAS MARFORI, CA Bar No. 311765 |
| | nicholas.marfori@ogletree.com |
| 4 | 400 South Hope Street, Suite 1200 |
| | Los Angeles, CA 90071 |
| 5 | Telephone: 213-239-9800 |
| | Facsimile: 213-239-9045 |
| 6 | |
| 7 | Attorneys for Defendant |
| | Oxnard Inn, LLC |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Orlando Garcia, | Case No. _____ |
| Plaintiff, | **DEFENDANT OXNARD INN, LLC'S NOTICE OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT** |
| v. | |
| Oxnard Inn, LLC, a California Limited Liability Company; and Does 1-10, | [*Filed concurrently with Civil Cover Sheet; Corporate Disclosure Statement; Notice of Party With Financial Interest*] |
| Defendants. | Complaint Filed: January 20, 2021 |
| | Trial Date: None |
| | District Judge: ___ |
| | Magistrate Judge: ___ _____ |

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO PLAINTIFF ORLANDO GARCIA AND HIS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** defendant Oxnard Inn, LLC a California Limited Liability Company ("Defendant"), removes this action from the Ventura County Superior Court to the United States District Court for the Central District of California pursuant to 28 U.S.C. §§ 1331, 1367(a), 1441(a) and (c), and 1446, because plaintiff Orlando Garcia's ("Plaintiff") action presents a federal question by asserting claims under the Americans With Disabilities Act of 1990 ("ADA") [42 U.S.C. §§ 12101, *et seq*.]. These facts were true at the time the Complaint in this matter was filed and remain true as of the date of the filing of this notice of removal, as more fully set forth below:

**I.    THE STATE COURT ACTION**

On or about February 1, 2021, Plaintiff filed his Complaint, entitled *Orlando Garcia, Plaintiff, v. Oxnard Inn, LLC, a California Limited Liability Company; and Does 1-10, Defendants,* in the Superior Court of the State of California for the County of Ventura, Case No. 56-2021-00549599-CU-CR-VTA. The causes of action in the Complaint include: (1) violation of the Americans with Disabilities Act of 1990 ("ADA"); and (2) Violation of the Unruh Civil Rights Act, California Civil Code section 51 e*t seq*. ("Unruh"). On February 3, 2021, Plaintiff completed service of process on Defendant Oxnard Inn, LLC by leaving the Summons and Complaint with Defendant Oxnard Inn, LLC's registered agent for service of process. A true and correct copy of the Complaint is attached to this Notice of Removal as **Exhibit A**.

Plaintiff named only Oxnard Inn, LLC as defendant in this action, and he has not yet identified any of the fictitious "Doe" defendants named in the Complaint.

In accordance with 28 U.S.C. § 1446(a), this Notice of Removal is filed in the United States District Court for the Central District of California, which is the

1  district court within which the action is pending.  The Ventura County Superior
2  Court is located within the Central District of California.  Therefore, venue is proper
3  in this Court pursuant to 28 U.S.C. § 84(c)(1) to the extent it is the "district and
4  division embracing the place where such action is pending."  28 U.S.C. § 1441(a).

5  **II.  <u>REMOVAL IS TIMELY</u>**

6  A defendant in a civil action has thirty (30) days from the date it is validly
7  served with a Summons and Complaint to remove the action to federal court.
8  28 U.S.C. § 1446(b); *see Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526
9  U.S. 344, 347-48 (1999).  This Notice of Removal is timely pursuant to 28 U.S.C.
10  § 1446(b) and Rule 6 of the Federal Rules of Civil Procedure in that each of the
11  Defendant was originally served with a copy of the Complaint on February 3, 2021,
12  no more than thirty (30) days before the filing of this Notice. Cal. Code Civ. Proc. §
13  415.20; *Ewing*, 2017 WL 744517, at *4.

14  The consent of fictitious "Doe" defendants is not required because they have
15  not been served.  Thus, Oxnard Inn, LLC is the only party that must consent to
16  removal.

17  **III.  <u>FEDERAL QUESTION JURISDICTION EXISTS</u>**

18  This action is one over which this Court has original jurisdiction under
19  28 U.S.C. § 1331, and is one which may be removed to this Court pursuant to the
20  provisions of 28 U.S.C. § 1441(a), in that it arises under a federal statute, namely, the
21  ADA [42 U.S.C. §§ 12101, *et seq*.].  Plaintiff's first cause of action alleges violations
22  of the ADA [42 U.S.C. §§ 12101, *et seq*.].  (Ex. A, Complaint ¶¶ 30-33.)
23  Accordingly, Plaintiff's lawsuit is removable to this Court because there is federal
24  question jurisdiction.  *See Emich v. Touche Ross & Co.*, 846 F.2d 1190, 1196 (9th
25  Cir. 1988).

26  Pursuant to 28 U.S.C. § 1367, this Court has the discretion to exercise
27  supplemental jurisdiction over the state law claim in Plaintiff's Complaint because
28  the state law claim is transactionally-related to Plaintiff's ADA cause of action.  The

state law claim derives from the same common nucleus of operative facts as the federal claim. *See United Mine Workers of America v. Gibbs*, 383 U.S. 715, 725 (1966); *Emich*, 846 F.2d at 1196. More specifically, Plaintiff's claims for violation of the ADA and of the Unruh Civil Right Act both allege that Plaintiff was denied access to Defendant's hotel due to alleged barriers on Defendant's reservation system. (*See* Ex. A, Complaint ¶¶ 18, 25-26, 31-33, 35-37.)

## IV.   ALL PROCEDURAL REQUIREMENTS HAVE BEEN MET

Pursuant to 28 U.S.C. §1446(d), Defendant will give written notice of the removal of this action to all parties and will file a copy of that Notice with the Superior Court of California, County of Ventura. True and correct copies of the notice to Plaintiff and to the state court will be filed promptly in this Court. In accordance with 28 U.S.C. § 1446(a), this Notice of Removal is accompanied by **Exhibit B**, which is a copy of all process, pleadings, and orders served upon Defendant in this action.

## V.   CONCLUSION

Because this civil action presents a federal question, Defendant respectfully request that this Court exercise its removal jurisdiction over this action.

In the event this Court has a question regarding the propriety of this Notice of Removal, Defendant request that it issue an Order to Show Cause so that they may have an opportunity to more fully brief the Court on the basis for this removal.

Respectfully submitted,

DATED: March 5, 2021         OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ J. Nicholas Marfori
    J. Nicholas Marfori

Attorneys for Defendants
Oxnard Inn, LLC
Email: nicholas.marfori@ogletree.com